Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
(831) 333-0321

Attorney for Plaintiff,
ANN OLSEN

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANN OLSEN** **Plaintiff,** vs. **UNION SECURITY INSURANCE COMPANY** **Defendant.** | **COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA** [29 U.S. CODE SEC. 1132 (a)(1)(B)] |

Plaintiff ANN OLSEN alleges:

**JURISDICTION**

1. Plaintiff ANN OLSEN is an individual residing in Monterey County, California.

2. Defendant UNION SECURITY INSURANCE COMPANY (“UNION”) is a business organization doing business in the State of California as an insurer, with a principal place of business in the State of Missouri.

3. This action is brought under the Employee’s Retirement Income Security Act of 1974, 29 U.S. Code Section 1002, et. seq.

4. This court therefore has subject matter jurisdiction under 29 U.S.C. Sec. 1332(e)(1).

## INTRADISTRICT ASSIGNMENT

5. Plaintiff was a resident of Monterey County, California when the contract was entered into, and when UNION issued its denial of the claim at issue in this action; the insurance contract was thus to be performed in Monterey County, California and was thus breached in Monterey County; accordingly, a substantial part of the events which gave rise to this claim occurred in Monterey County.

6. Accordingly, this case should be assigned to the San Jose Division of the USDC for the Northern District of California, under Civil Local Rule 3-2(c).

## First Cause of Action

## CLAIM FOR BENEFITS UNDER ERISA

7. On or about August 1, 2004, plaintiff was insured under a group Long Term Disability policy purchased from defendant UNION, provided through her employer Monterey Peninsula Dental Group.

8. At all times herein mentioned the policy was in full force and effect; plaintiff had paid policy premiums in full, and otherwise performed all obligations under the policy.

9. On or about August 1, 2004, plaintiff suffered a covered loss when she became disabled under the terms of the policy.

10. Plaintiff made timely notice of claim to defendant UNION.

11. The insurance policy had a 90 day benefit elimination period before benefits were payable.

12. After paying benefits from approximately November 1, 2004 until approximately April 5, 2016, UNION stopped paying benefits and denied the claim.

13. Plaintiff timely appealed the denial under the terms of the policy.

14. On or about March 8, 2017, defendant UNION denied the administrative appeal.

15. Plaintiff continues to be disabled under the terms of the policy as of the filing of this complaint; her condition is not expected to improve, making her eligible for benefits through age 67.

WHEREFOR, Plaintiffs prays Judgment against defendant LINA as follows:

1. For long term disability policy benefits, in an amount according to proof, approximately $13,500 as

of the filing of this complaint and accumulating at the rate of approximately $1125 per month, plus interest at the legal rate.

2. For attorneys fees expended in obtaining policy benefits, under the provisions of ERISA.
3. For costs of suit herein.
4. For such other relief as the court deems proper.

Dated:______________________ ______________________________________

SCOTT E. SHAFFMAN, Attorney for Plaintiff